UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIEL L. GRASSO, ESQUIRE, etc., *et al.*, | ) ) |
| Plaintiff, | ) 2:12-cv-738-GMN-RJJ ) |
| vs. | ) ) |
| YALE L. GALANTER, ESQUIRE, etc., *et al.*, | ) O R D E R ) |
| Defendant, | ) ) |

This matter was submitted to the undersigned Magistrate Judge on Defendants Yale L. Galanter, Esquire and Yale L Galanter P.A.'s Motion For Permission to E-File (2).

The Court having reviewed the Motion (#2) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants Yale L. Galanter, Esquire and Yale L Galanter P.A.'s Motion For Permission to E-File (2) is **GRANTED IN PART and DENIED IN PART.**

IT IS HEREBY ORDERED that Defendants Yale L. Galanter, Esquire and Yale L Galanter P.A.'s Motion For Permission to E-File (2) **is DENIED as to the request for Yale L. Galanter P.A. to file electronically.** The Court notes that the rules require that the Yale Galanter Florida corporation be represented by an attorney, which requires the filing of a pro hac vice petition and designation of local counsel. CM/ECF access as to Yale L. Galanter P.A. will not be granted until said requirements are met.

. . . .

1  IT IS FURTHER ORDERED that Defendants Yale L. Galanter, Esquire and Yale L Galanter P.A.'s Motion For Permission to E-File (2) is **GRANTED as to Defendant Yale L. Galanter, Esquire, with the following provisions**:

1. On or before June 29, 2012, Defendant Yale L. Galanter, Esquire, must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices and the Civil & Criminal Events Menu that are accessible on this court's website.
2. Defendant Yale L. Galanter, Esquire is not authorized to file electronically until said certification is filed with the Court within the time frame specified.
3. Upon timely filing of the certification, Defendant Yale L. Galanter, Esquire, shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.
4. Defendant Yale L. Galanter, Esquire, is advised that any filings in this case are to be made only on behalf of himself, individually and may NOT be made on behalf of Yale L. Galanter P.A.

DATED this __13th__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge