1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                           DISTRICT OF NEVADA

8                                  * * *

9   GABRIEL L. GRASSO, ESQ., et al.,           )
                                               )
10                                             )
                             Plaintiffs,       )      2:12-cv-00738-GMN-NJK
11  vs.                                        )
                                               )      ORDER DISCHARGING ORDER
12  YALE L. GALANTER, ESQ., et al.,            )      TO SHOW CAUSE AND
                                               )      FURTHER ORDER TO SHOW
13                                             )      CAUSE
                             Defendants.       )      (Docket Nos 19, 21)
14  _____ )

15          On February 13, 2013, the Court entered an order requiring Defendant Yale L. Galanter, Esq.

16  to show cause why he should not be sanctioned.  Docket No. 19.  Upon receiving Mr. Galanter's

17  response, Docket No. 20, the Court issued a further order to show cause why he should not be

18  sanctioned, Docket No. 21.  The Court has now received a response to the further order to show

19  cause.  Docket No. 23.  The Court declines to impose sanctions at this time; however, the Court

20  expects Mr. Galanter to strictly comply with the Federal Rules of Civil Procedure, Local Rules, and

21  Court orders in the future, and to exhibit the candor expected of all attorneys.

22          The order to show cause and further order to show cause are hereby DISCHARGED.

23          DATED: March 5, 2013

24

25          _____

26          NANCY J. KOPPE
            United States Magistrate Judge

27

28