**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL L. GRASSO,<br><br>                Plaintiff(s),<br><br>vs.<br><br>YALE L. GALANTER,<br><br>                Defendant(s). | Case No. 2:12-cv-0738-GMN-NJK<br><br>**ORDER** |

Defendant has recently submitted a court filing indicating that his address has changed. *See* Docket No. 40. That filing, however, continues to provide the address already on record. *See id.* at 1 (providing captioned address at 3730 N.E. 199 Terrace). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991) (upholding denial of motion to set aside default judgment where plaintiff failed to update address). Accordingly, no later than December 11, 2013, Defendant is hereby **ORDERED** to file a Notice of Change of Address listing his current address. Moreover, Defendant is further **ORDERED** to provide his correct mailing address on all court filings moving forward. The failure to comply with this Order may result in the imposition of sanctions, up to and including, case-dispositive sanctions. *See, e.g.*, Local Rule IA 4-1; *see also* Local Special Rule 2-2.

IT IS SO ORDERED.

Dated: November 25, 2013

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE