**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorneys for Plaintiff*

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL L. GRASSO, ESQ., an Individual; doing business as GABRIEL L. GRASSO, P.C., a Nevada Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>YALE L. GALANTER, ESQ. an Individual; doing business as YALE L. GALANTER, P.A., a Florida Corporation; and , DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00738-GMN-NJK<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER** |

COMES NOW, Plaintiffs, GABRIEL L. GRASSO, ESQ., an Individual; doing business as GABRIEL L. GRASSO, P.C., a Nevada Corporation, ("Plaintiffs"), by and through their attorney of record, Joshua Tomsheck, Esq., of the law firm of Hofland & Tomsheck and Defendants YALE L. GALANTER, ESQ. an Individual *pro se*; doing business as YALE L. GALANTER, P.A., a Florida Corporation, by and through their attorney of record, Lester Paredes, Esq. and, pursuant to the parties May 22, 2014 settlement

///
///
///

agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to a voluntary dismissal of all claims asserted, with prejudice, in the above encaptioned matter, with each party to bear its own costs, fees and expenses.

DATED: June 3, 2014

Respectfully Submitted,

HOFLAND & TOMSHECK

_____/s/ J.Tomsheck_____
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
228 South 4th Street,
Las Vegas, Nevada, 89101
Tel. (702) 895-6760 – Fax: (702) 731-6910
*Attorney for Plaintiff*

Respectfully Submitted,

LESTER M. PAREDES, ESQ.

_____/s/ L. Parades_____
Lester M. Paredes, Esq.
Nevada Bar No. 006793
521 S. Sixth St.
Las Vegas, Nevada 89101
Tel. (702) 605-0234 – Fax (702) 938-8661
*Attorneys for Defendant Yale Galanter, P.A.*

Respectfully Submitted,

YALE GALANTER, ESQ.

_____/s/ Y. Galanter_____
Yale Galanter
19955 N.E. 38 Court
Aventura, Florida 33180
Tel. (302) 575-0244
*Defendant Pro Se*

## **ORDER**

**IT IS SO ORDERED** this 4th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of June, 2014, the undersigned served the foregoing Motion on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

__/s/ LB_____

An Employee of Hofland & Tomsheck